IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-1633-AP

HEATHER BAKER,

    Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

    Defendant.

---

## JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES

---

**1.    APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

| For Plaintiff: | For Defendant: |
|---|---|
| Joseph A. Whitcomb | John F. Walsh |
| Rocky Mountain Disability Law Group | United States Attorney |
| 1391 Speer Boulevard, Suite 705 | |
| Denver, CO 80204 | James L. Burgess |
| Telephone: (303) 534-1954 | Special Assistant United States Attorney |
| Email: joe@RMDLG.com | Office of the General Counsel |
| | Social Security Administration-Region VIII |
| | 1961 Stout Street, Suite 4169 |
| | Denver, CO 80294-4003 |
| | Phone: (303) 844-1856 |
| | Email: james.burgess@ssa.gov |
| | |
| | J. Benedict García |
| | Assistant United States Attorney |
| | 1225 Seventeenth Street, Suite 700 |
| | Denver, CO 80202 |
| | Phone: (303) 454-0100 |
| | Email: J.B.Garcia@usdoj.gov |

**2.     STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3.     DATES OF FILING OF RELEVANT PLEADINGS**

      **A.     Date Complaint Was Filed:**  June 21, 2013

      **B.     Date Complaint Was Served on U.S. Attorney's Office:**  August 13, 2013

      **C.     Date Answer and Administrative Record Were Filed:**  September 30, 2013

**4.     STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

To the best of their knowledge, Plaintiff and Defendant state that the record is complete and accurate.

**5.     STATEMENT REGARDING ADDITIONAL EVIDENCE**

The parties do not anticipate submitting additional evidence.

**6.     STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

The parties, to the best of their knowledge, do not believe this case raises unusual claims or defenses.

**7.     OTHER MATTERS**

There are no other matters anticipated. Plaintiff's current claim does not involve any prior judicial proceedings.

### 8. BRIEFING SCHEDULE

Attorneys for both parties agree to the following proposed briefing schedule:

    A.    **Plaintiff's Opening Brief Due:**  December 2, 2013

    B.    **Defendant's Response Brief Due:**  January 10, 2014

    C.    **Plaintiff's Reply Brief (If Any) Due:**  January 27, 2014

The parties have agreed to extend the time for the filing of the response and reply briefs due to previously scheduled vacations.

### 9. STATEMENTS REGARDING ORAL ARGUMENT

    A.    **Plaintiff's Statement:**  Plaintiff does not request oral argument.

    B.    **Defendant's Statement:**  Defendant does not request oral argument.

### 10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE

Not all parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.

### 11. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.*

    DATED this <u>23rd</u> day of <u>October</u>, 20<u>13</u>.

                                                BY THE COURT:

                                                *s/John L. Kane*
                                                U.S. DISTRICT COURT JUDGE

| | |
|---|---|
| APPROVED: | JOHN F. WALSH<br>UNITED STATES ATTORNEY |
| s/ Joseph A. Whitcomb<br>Rocky Mountain Disability Law Group<br>1391 Speer Blvd., Suite 705<br>Denver, CO 80204<br>Phone: (303) 534-1954<br>Email: joe@RMDLG.com<br>*Counsel for Plaintiff* | s/ James L. Burgess<br>Special Assistant United States Attorney<br>Assistant Regional Counsel<br>Office of the General Counsel<br>Social Security Administration-Region VIII<br>1961 Stout Street, Suite 4169<br>Denver, CO 80294-4003<br>Phone: (303) 844-1856<br>Email: james.burgess@ssa.gov |